DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EDWIN ROY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-07-305 (GEB) |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS HEARING |
| EDWIN ROY, | ) | |
| Defendant. | ) | |
| _____ | ) | |

This case is currently scheduled for a status hearing on August 17, 2007. The attorneys for all parties have conferred and agree that additional time is needed for defense review of discovery and further investigation of the case.

All parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for August 17, 2007, be continued until August 31, 2007. In addition, the parties stipulate that the time period from August 17, 2007, to August 31, 2007, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

///

///

1

1 | DATED:August 22, 2007

Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT | DANIEL BRODERICK |
| United States Attorney | Federal Defender |

| | |
|---|---|
| /s/Lexi Negin for Michael Beckwith | /s/ Lexi Negin |
| HEIKO COPPOLA | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Edwin Roy |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                   )<br>              Plaintiff,              )<br>                                                   )<br>       v.                                      )<br>                                                   )<br> EDWIN ROY,                           )<br>                                                   )<br>              Defendant.         )<br>_____)<br>                                                   )<br>                                                   )<br>                                                   ) | CASE NO. CR-S-07-305 (GEB)<br><br>PROPOSED ORDER CONTINUING STATUS<br>CONFERENCE AND EXCLUDING TIME |

     For the reasons set forth in the stipulation of the parties, filed on August 22, 2007, IT IS HEREBY ORDERED that the status conference currently scheduled for August 17, 2007, be continued until Friday, August 31, 2007, at 9:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 22, 2007 stipulation, the time under the Speedy Trial Act is excluded from August 17, 2007, through August 31, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: August 22, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2