McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>     v.                          )<br>                                 )<br>EDWIN ROY,                       )<br>                                 )<br>            Defendant.           )<br>_____) | CR-S-07-0305 GEB<br><br>STIPULATION AND ORDER CONTINUING<br>STATUS CONFERENCE<br><br><br>Date: December 14, 2007<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

     It is hereby stipulated and agreed to between the United States of America, by and through Heiko P. Coppola, Assistant U.S. Attorney, and Edwin Roy, by and through his counsel, Lexi Negin, Assistant Federal Defender, that the status conference presently set for November 2, 2007 be vacated and rescheduled for status conference on December 14, 2007, at 9:00 a.m.

     This continuance is being requested because defense counsel needs additional time for defense preparation and the parties need additional time for plea negotiations.

     It is further stipulated that the period from November 2, 2007, through and including December 14, 2007 be excluded in computing the time within which trial must commence under the

1  Speedy Trial Act, pursuant to 19 U.S.C. § 3161(h)(8)(B)(iv) and
2  Local Code T-4 for continuity and preparation of counsel.
3  Dated: October 30, 2007

                                    Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

                               By:    /s/ Heiko P. Coppola
                                    HEIKO P. COPPOLA
                                    Assistant U.S. Attorney

Dated: October 30, 2007

                                     /s/ Heiko P. Coppola for
                                    LEXI NEGIN
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    Per telephonic authorization


IT IS SO ORDERED.

Dated: October 30, 2007
                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge