DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
EDWIN ROY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-07-305 (GEB) |
| Plaintiff, ) | |
| ) | STIPULATION AND PROPOSED ORDER TO |
| v. ) | CONTINUE STATUS HEARING |
| ) | |
| EDWIN ROY, ) | |
| Defendant. ) | |
| _____ ) | |

   This case is currently scheduled for a status hearing on December 14, 2007.  The attorneys for all parties have conferred and agree that additional time is needed for defense review of discovery and further investigation of the case.

   All parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for December 14, 2007, be continued until January 18, 2008.  In addition, the parties stipulate that the time period from December 14, 2007, to January 18, 2008, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

   A proposed order is attached and lodged separately for the court's convenience.

///

///

1

1  DATED:December 13, 2007

                  Respectfully submitted,

| McGREGOR W. SCOTT | DANIEL BRODERICK |
| United States Attorney | Federal Defender |

/s/Lexi Negin for Heiko Coppola       /s/ Lexi Negin
HEIKO COPPOLA                    LEXI NEGIN
Assistant U.S. Attorney            Assistant Federal Defender
Attorney for United States          Attorney for Edwin Roy

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>EDWIN ROY,<br><br>               Defendant.<br>_____ | CASE NO. CR-S-07-305 (GEB)<br><br>PROPOSED ORDER CONTINUING STATUS<br>CONFERENCE AND EXCLUDING TIME |

For the reasons set forth in the stipulation of the parties, filed on December 13, 2007, IT IS HEREBY ORDERED that the status conference currently scheduled for December 14, 2007, be continued until Friday, January 18, 2008, at 9:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' December 13, 2007 stipulation, the time under the Speedy Trial Act is excluded from December 14, 2007, through January 18, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: December 13, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2