DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193

Attorney for Defendant
ROY EDWIN

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-07-305 GEB |
| Plaintiff, | STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| ROY EDWIN, | Date: March,28, 2008 Time: 9:00 p.m. |
| Defendant, | Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between, Roy Edwin, by and through counsel, Dwight M. Samuel, Attorney at Law and United States of America, by and through Heiko Coppola, Assistant United States Attorney, that the status conference presently set for Friday, March 28, 2008 be vacated and rescheduled for a status conference on Friday, May 9, 2008, at 9:00 a.m.

It is further stipulated that the period from March 28, 2008, through and including May 9, 2008 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity, continued investigation and preparation of counsel.

1   Respectfully submitted,

2

3   Dated: March 24, 2008

4                                           /s/ Dwight M. Samuel
                                            DWIGHT M. SAMUEL
5                                           Attorney at Law
                                            Attorney for Defendant
6   Dated: March 24, 2008

7

8                                           /s/ Heiko Coppola
                                            HEIKO COPPOLA
9                                           Assistant U.S. Attorney

10

11  IT IS SO ORDERED.

12

13  Dated:   March 24, 2008

14

15  GARLAND E. BURRELL, JR.
    United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28