1  DWIGHT M. SAMUEL (CA SB# 054486)
   A Professional Corporation
2  117 J Street, Suite 202
   Sacramento, California 95814-2282
3  916-447-1193

4  Attorney for Defendant
   ROY EDWIN

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-305 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| ROY EDWIN, ) | Date: May 7, 2008 |
| ) | Time: 9:00 p.m. |
| Defendant, ) | Judge: Garland E. Burrell, Jr. |
| _____ ) | |

It is hereby stipulated and agreed to between, Roy Edwin, by and through counsel, Dwight M. Samuel, Attorney at Law and United States of America, by and through Heiko Coppola, Assistant United States Attorney, that the status conference presently set for Friday, May 9, 2008 be vacated and rescheduled for a status conference on Friday, June 20, 2008, at 9:00 a.m.

It is further stipulated that the period from May 9, 2008, through and including June 20, 2008 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity, continued investigation and preparation of counsel.

1  Respectfully submitted,
2
3  Dated: May 7, 2008
4                                    /s/ Dwight M. Samuel
                                      DWIGHT M. SAMUEL
5                                     Attorney at Law
                                      Attorney for Defendant
6  Dated: May 7, 2008
7
8                                     /s/ Heiko Coppola
                                      HEIKO COPPOLA
9                                     Assistant U.S. Attorney
10
11
   IT IS SO ORDERED.
12
13 Dated:   May 8, 2008
14
                                      _____
15                                    GARLAND E. BURRELL, JR.
                                      United States District Judge
16
17
18
19
20
21
22
23
24
25
26
27
28