| | |
|---|---|
| 1 | DWIGHT M. SAMUEL (CA SB# 054486) |
|   | A Professional Corporation |
| 2 | 117 J Street, Suite 202 |
|   | Sacramento, California 95814-2282 |
| 3 | 916-447-1193 |
| 4 | Attorney for Defendant |
|   | EDWIN ROY |

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-305 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND PROPOSED |
| | ) | ORDER TO PRODUCE EVIDENCE |
| v. | ) | FOR TESTING BY DEFENSE EXPERT |
| | ) | |
| EDWIN ROY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between, Edwin Roy, by and through counsel, Dwight M. Samuel, Attorney at Law and United States of America, by and through Heiko Coppola, Assistant United States Attorney, that the proposed order which requires the Government to produce the following exhibit(s), to-wit:

| Exhibit Number | DEA Laboratory Number |
|---|---|
| 80 | R3-07-0010 |

as reported in DEA FORM-7, REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED, having the Case File No. R3.07.0010, and dated 07/31/07, for quantitative analysis, qualitative analysis, weighing and identification of the controlled substance contained therein by a defense expert has been reviewed and agreed to in form and content.

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS HEREBY ORDERED and DECREED** in accordance with FED.R.CRIM.P 16(a)(1)(E), that the Government shall allow the defense to weigh the entirety of exhibit for accuracy; and independently inspect and analyze a representative sample from each of the above-listed drug exhibit(s); and

**IT IS FURTHER ORDERED,** that a Drug Enforcement Administration (DEA) Special Agent or Task Force Officer shall deliver the drug exhibit(s) identified above to Cecila Harnette, Director of Forensic Analytical, DEA License No. RF0193778, located at 3777 Depot Road, Suite 403, Hayward, CA 94545, with telephone No. (510) 266-8100. Forensic Analytical Case Number: 20080135.  The DEA Western Region Laboratory shall arrange the delivery of said representative sample(s) on or before July 1, 2008, to the DEA Special Agent or Task Force Officer for delivery to Cecila Harnette, Director of Forensic Analytical; and

**IT IS FURTHER ORDERED**, that upon delivery of the exhibit(s) identified above to the defense expert, that a DEA Special Agent or Task Force Officer shall be present when the defense expert inspects, weighs and removes a representative sample of the exhibit(s) identified above for analysis.  The representative sample shall be in the amount of 500 mg or not more than one-half (1/2) the current reserve weight, if less than 1 gram presently remains as the reserve weight, from each of the above-described exhibit(s).  The weight of each representative sample taken shall be documented and signed by the defense expert and provided to the DEA Special Agent or Task Force Officer in attendance.  Upon the completion of the weighing and sample removal, the defense expert shall, forthwith, return the remaining above-listed exhibit(s) to the DEA Agent and Task Force Officer in attendance; and

**IT IS FURTHER ORDERED,** that the defense expert shall conduct the qualitative and quantitative analyses and identification ordered herein, and shall provide the Government with an Unsworn Declaration Under Penalty of Perjury, under 28 U.S.C. 1746, executed by the individual who conducted the analyses, or the head of the facility where the analyses occurred, which states the quantity of each exhibit consumed during testing, and either the weight of each exhibit returned to the Government, or a statement that all sample was consumed during testing; and

**IT IS FURTHER ORDERED** that all remaining material of the sample(s), after testing, is to be returned by Cecila Harnette Director of Forensic Analytical to the DEA Western Region Laboratory via registered U.S. mail, return receipt requested, or approved commercial carrier, within five (5) business days after the completion of analyses; and

**IT IS FURTHER ORDERED**, in accordance with FED. R. CRIM. P. 16(b)(1)(B), that the defendant shall provide the Government with a copy of the results or report of the physical examinations and scientific tests or experiments which resulted from the analyses conducted under this Order: and

**IT IS FURTHER ORDERED**, that *Forensic Analytical* is to safeguard the representative sample(s) received, preserving the chain of custody in a manner to faithfully protect the integrity of each exhibit received.

Respectfully submitted,

Dated: June 11, 2008

                                     /s/ Dwight M. Samuel
                                     DWIGHT M. SAMUEL
                                     Attorney at Law
                                     Attorney for Defendant

Dated: June 11, 2008

                                     /s/ Heiko Coppola[1]
                                     HEIKO COPPOLA
                                     Assistant U.S. Attorney

So ordered.

Dated:  June 12, 2008

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Signed per written authorization via email.