DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193

Attorney for Defendant
ROY EDWIN

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-305 GEB |
| Plaintiff, ) | STIPULATION AND PROPOSED ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ROY EDWIN, ) | |
| Defendant. ) | |

It is hereby stipulated and agreed to between, Roy Edwin, by and through counsel, Dwight M. Samuel, Attorney at Law and United States of America, by and through Heiko Coppola, Assistant United States Attorney, that the status conference presently set for Friday, July 25, 2008 be vacated and rescheduled for a status conference on Friday, August 29, 2008, at 9:00 a.m

Defense counsel has provided the government with discovery. Additional time is requested so that AUSA Heiko Coppola may review new discovery. It is anticipated there will be plea negotiations in the future.

It is further stipulated that the period from July 25, 2008, through and including August 29, 2008 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity,

1  continued investigation and preparation of counsel.

2  Respectfully submitted,

3

4  Dated: July 23, 2008

5                                          /s/ Dwight M. Samuel
                                            DWIGHT M. SAMUEL
6  Dated: July 23, 2008                     Attorney for Defendant

7

8
                                            /s/ Heiko Coppola [1]
9                                           HEIKO COPPOLA
                                            Assistant U.S. Attorney
10

11

12  IT IS SO ORDERED.

13  Dated:   July 25, 2008

14

15                                          _____
                                            GARLAND E. BURRELL, JR.
16                                          United States District Judge

17

18

---

28     [1] Signed per telephonic authorization.