DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193

Attorney for Defendant
ROY EDWIN

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-07-305 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE |
| v. | ) | |
| ROY EDWIN, | ) | |
| Defendant. | ) | |

It is hereby stipulated and agreed to between, Roy Edwin, by and through counsel, Dwight M. Samuel, Attorney at Law and United States of America, by and through Heiko Coppola, Assistant United States Attorney, that the status conference presently set for Friday, August 29, 2008 be vacated and rescheduled for a status conference on Friday, October 3, 2008, at 9:00 a.m

Defense counsel has provided the government with discovery. Additional time is requested so that AUSA Heiko Coppola may complete review of new discovery. It is anticipated there will be plea negotiations in the future.

It is further stipulated that the period from August 29, 2008, through and including October 3, 2008 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity,

1  continued investigation and preparation of counsel.

2  Respectfully submitted,

3

4  Dated: August 25, 2008

5                                 /s/ Dwight M. Samuel
                               DWIGHT M. SAMUEL

6                                 Attorney for Defendant

Dated: August 25, 2008

7

8

                               /s/ Heiko Coppola [1]

9                                 HEIKO COPPOLA
                               Assistant U.S. Attorney

10

11

12  IT IS SO ORDERED.

13  Dated:  August 25, 2008

14

15                                 GARLAND E. BURRELL, JR.

16                                 United States District Judge

17

18

19

20

21

22

23

24

25

26

27

---

28  [1] Signed per telephonic authorization.