```
 1  DWIGHT M. SAMUEL (CA SB# 054486)
    A Professional Corporation
 2  117 J Street, Suite 202
    Sacramento, California 95814-2282
 3  916-447-1193

 4  Attorney for Defendant
    ROY EDWIN
 5
```

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. CR-S-07-305 GEB |
| Plaintiff,   ) | STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE |
| v.   ) | |
| ROY EDWIN,   ) | |
| Defendant.   ) | |

It is hereby stipulated and agreed to between, Roy Edwin, by and through counsel, Dwight M. Samuel, Attorney at Law and United States of America, by and through Heiko Coppola, Assistant United States Attorney, that the status conference presently set for Friday, November 14, 2008, at 9:00 a.m be vacated and rescheduled for a status conference on Friday, December 5, 2008, at 9:00 a.m

It is further stipulated that the period from November 14, 2008, through and including December 5, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity, continued investigation and preparation of counsel.

////

////

Respectfully submitted,

Dated: November 12, 2008

/s/ Dwight M. Samuel
DWIGHT M. SAMUEL
Attorney for Defendant

Dated: November 12, 2008

/s/ Heiko Coppola [1]
HEIKO COPPOLA
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   November 13, 2008

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Signed per telephonic authorization.