1  DWIGHT M. SAMUEL (CA SB# 054486)
   A Professional Corporation
2  117 J Street, Suite 202
   Sacramento, California 95814-2282
3  916-447-1193

4  Attorney for Defendant
   ROY EDWIN

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-07-305 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | PROPOSED ORDER |
| | ) | CONTINUING STATUS |
| ROY EDWIN, | ) | CONFERENCE |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between, Roy Edwin, by and through counsel, Dwight M. Samuel, Attorney at Law and United States of America, by and through Heiko Coppola, Assistant United States Attorney, that the status conference presently set for Friday, January 9, 2009, at 9:00 a.m be vacated and rescheduled for a status conference on Friday, March 6, 2009**,** at 9:00 a.m. Parties are continuing to negotiate a resolution to the case.

It is further stipulated that the period from December 19, 2008 through and including March 6, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity, continued investigation and preparation of counsel.

////

////

Respectfully submitted,

Dated: January 8, 2009

/s/ Dwight M. Samuel
DWIGHT M. SAMUEL
Attorney for Defendant

Dated: January 8, 2009

/s/ Heiko Coppola [1]
HEIKO COPPOLA
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   January 8, 2009

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Signed per telephonic authorization.